3

Law Offices of Peter G. Macaluso
Peter G. Macaluso #215730
7230 South Land Park Drive #127
Sacramento, CA 95831
916-392-6591
916-392-6590 Facsimile

Attorney for Debtors
Adam S. & Sherri A. Newland

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IN THE MATTER OF            CASE NO. 19-27175-E-13C

Newland, Adam S.
  SS#xxx-xx-2267
Newland, Sherri A.
  SS#xxx-xx-4635

_____Debtor(s)_____/

**ORDER CONFIRMING PLAN**

    The Chapter 13 plan filed on **November 18, 2019** of the above-named Debtor has been transmitted to all creditors, and it has been determined after notice and opportunity for a hearing that the Debtor's plan satisfies the requirements of 11 U.S.C.§ 1325.

    Therefore, **IT IS ORDERED** that plan is confirmed.

    **IT IS FURTHER ORDERED** that:

    1. The Debtor shall immediately notify, in writing, the Clerk of the United States Bankruptcy Court and the trustee of any change in the Debtor's address;

    2. The Debtor shall immediately notify the trustee in writing of any termination, reduction of, or other change in the

RECEIVED
June 11, 2020
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0006787552

employment of the Debtor; and

3. The Debtor shall appear in court whenever notified to do so by the court.

**IT IS FURTHER ORDERED** that the attorney's fees for the debtor's attorney in the full amount **$4,000.00** are approved, **$1,500.00** of which was paid prior to the filing of the petition.

The balance of **$2,500.00**, provided that the attorney and debtor have complied with Local Bankruptcy Rule 2016-1(c), shall be paid by the trustee from plan payments at the rate specified in the confirmed plan.

**IT IS FURTHER ORDERED** that, pursuant to 11 U.S.C. § 1323, the plan is amended as follows; *The Debtors shall segregate $1250 each month into a separate savings account, and any monies in that account are strictly to be used for quarterly deposit payment on owed taxes.*

**IT IS FURTHER ORDERED** that, pursuant to 11 U.S.C. § 1323, the plan is amended as follows; *The Debtors are to provide copies of the bank statements every quarter in order for the Trustee to do an annual audit of the funds put into the account and distributed from the account.*

**IT IS FURTHER ORDERED** that, pursuant to 11 U.S.C. § 1323, the plan is amended as follows; *Any funds left over each year, shall be deemed a Plan payment, paid to the Trustee and distributed to unsecured creditors.*

**IT IS FURTHER ORDERED** that, pursuant to 11 U.S.C. § 1323, the plan is amended as follows:  *Plan payments are $6,000.00 x 2, $6,200.00 x 58 starting February 2020.*

**IT IS FURTHER ORDERED** that, pursuant to 11 U.S.C. § 1323, the plan is amended as follows: *The monthly dividend to Class 1*

claim of Deutshe Bank National Trust for arrears is $631.00 per month.

*signature* 05-26-20

Approved by the Chapter 13 Trustee as to form.

**Dated:** June 11, 2020

**By the Court**

*/s/ Ronald H. Sargis*
Ronald H. Sargis, Judge
United States Bankruptcy Court